UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | M.B.D. Case No. 20-mc-91359 |
| ) | |
| SAMAEL MATHIEU,        ) | |
| ) | |
| Defendant        ) | |

### ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

Upon consideration of the motion seeking an order of continuance and excludable delay, the Court finds as follows:

1. As set forth in the government's motion, per a series of General Orders, the District Court has limited the regular operations of grand juries due to the ongoing public health emergency arising out the COVID-19 pandemic. The General Orders were issued to protect the health of the public, including those individuals participating in grand juries in this District. On June 29, 2020, the District Court entered a Third Supplemental Order Concerning Grand Jury Proceedings, in the matter of *In re: Coronavirus Public Emergency*, General Order 20-28. The Order extended the period during which all regularly scheduled grand jury proceedings were continued to at least Monday, August 31, 2020. The basis for this extension by the District Court was the continuing public emergency arising out of the COVID-19 pandemic and the corresponding need to protect public health. The continuing public health emergency arising out of the COVID-19 pandemic provides a basis for exclusion of time under the Speedy Trial Act.

2. Accordingly, the ends of justice served by granting the requested continuance, and excluding the time period from June 16, 2020 through and including August 31, 2020 from the speedy trial clock, outweigh the best interests of the public and the defendant in a speedy trial pursuant to

the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A)of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

Accordingly, the Court hereby grants the motion and **ORDERS** that, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A)of the *Plan for Prompt Disposition of Criminal Cases*, (1) the date on which an indictment or information must be filed is continued to September 30, 2020; and (2) the period from June 16, 2020 through and including August 31, 2020 is excluded from the speedy trial clock and from the time within which an indictment or information must be filed.

_____
**UNITED STATES DISTRICT JUDGE**

DATE: